Marcus N. DiBuduo (258684)
mdibuduo@fennemorelaw.com
**FENNEMORE LLP**
8080 N Palm Ave 3rd Floor
Fresno, CA 93711
Tel: 559-432-4500

Joshua D. Cohen (184067)
jcohen@fennemorelaw.com
**FENNEMORE LLP**
1111 Broadway 24th Floor
Oakland, CA 94607
Tel: 559-432-4500

Michael E. Chait (246419)
Brandi B. Balanda (pro hac vice admitted)
mchait@fennemorelaw.com
bbalanda@fennemorelaw.com
**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
Tel: 206-749-0500

Attorneys for Plaintiff Matthew R. Swanson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. SWANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELAGEN AMPLIFICATION, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:25-cv-02510-WBS-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL- 1
No. 2:25-cv-02510-WBS-JDP

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

## I.      STIPULATION

Plaintiff Matthew R. Swanson and Defendant Welagen Amplification, LLC (collectively, the "Parties") HEREBY AGREE and STIPULATE as follows:

1. Plaintiff is the owner of all rights, titles, and interest in:
    i. the trademark OVERDRIVE SPECIAL (the "OVERDRIVE SPECIAL Mark") used on or in connection with "Electric guitar amplifiers and components thereof and therefor; amplifiers; electrical amplifiers for use with musical instruments" (the "Amplifier Goods").
    ii. the trademark OVERDRIVE REVERB (the "OVERDRIVE REVERB Mark") used on or in connection with the Amplifier Goods.
    iii. the trademark STEEL STRING SINGER (the "STEEL STRING SINGER Mark") used on or in connection with the Amplifier Goods.

2. Plaintiff is the owner of all rights in and to the following trademark registrations, has complied in all respects with the laws governing such registrations, and secured the exclusive rights and privileges thereto:
    i. For the OVERDRIVE SPECIAL Mark, U.S. Reg. No. 7796211.

3. Plaintiff's rights in the OVERDRIVE SPECIAL Mark, the OVERDRIVE REVERB Mark, and the STEEL STRING SINGER Mark (collectively, "Plaintiff's Marks") are each valid and enforceable.

4. Plaintiff has validly acquired rights from Mr. Howard Alexander Dumble in the Plaintiff's Marks, including the goodwill of the business connected with the Plaintiff's Marks and the rights to exclude others from infringing use of the Plaintiff's Marks.

5. Each of the Plaintiff's Marks distinguish Plaintiff's Amplifier Goods from those of others and indicate the source of such goods.

STIPULATION AND ORDER OF DISMISSAL- 2
No. 2:25-cv-02510-WBS-JDP

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

6. Neither Plaintiff nor any of its predecessors-in-interest have discontinued use of any of the Plaintiff's Marks in the ordinary course of trade with the intention of not intending to resume use.

7. That subject to approval by the Court, this action shall be dismissed with prejudice and without an award of fees or costs to any of the Parties.

Dated this ___1_____ day of ____December_____, 2025.

| **FENNEMORE LLP** | **REIDY LAW GROUP/CMPR LLP** |
|---|---|
| By  */s/*  <br>Marcus N. DiBuduo (258684)<br>8080 N Palm Ave 3rd Floor<br>Fresno, CA 93711<br>Tel: 559-432-4500<br>Email: mdibuduo@fennemorelaw.com | By  */s/*  <br>Daniel Reidy, Bar # 139321<br>1230 Spring Street<br>St. Helena, CA 94574<br>Tel: 707-963-3030<br>Email: dan@reidylawgroup.com |

**FENNEMORE CRAIG, P.C.**

Michael E. Chait, Bar #246419
999 Third Avenue, Suite 600
Seattle, Washington  98104
Telephone: 206.749.0500
Facsimile:  206.749.0600
Email: mchait@fennemorelaw.com
Email: bbalanda@fennemorelaw.com

**FENNEMORE LLP**

Joshua D. Cohen, Bar #184067
1111 Broadway 24th Floor
Oakland, CA 94607
Tel: 559-432-4500
Email: jcohen@fennemorelaw.com

*Attorneys for Plaintiff Matthew R. Swanson*

*Attorneys for Defendant Welagen Amplification, LLC*

STIPULATION AND ORDER OF DISMISSAL- 3
No. 2:25-cv-02510-WBS-JDP

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104
(206) 749-0500

## II.     ORDER

Based on the Stipulation of the Parties, this action is HEREBY dismissed with prejudice and without an award of fees or costs to any of the Parties.

**IT IS SO ORDERED**.

Dated:  December 1, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL- 4
No. 2:25-cv-02510-WBS-JDP

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104
(206) 749-0500